UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARVEY SIMPSON, JR. ,

    Plaintiff,

v.                                           Case No:   2:15-cv-720-FtM-99MRM

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit, and Administratively Close Docket (Doc. #8) filed on December 11, 2015.  In the Stipulation, the parties alert the Court that they "have since agreed to arbitrate all of the claims in this action with the American Arbitration Association ("AAA"), based upon an enforceable arbitration provision in the checking account agreement, with each party paying its own costs and attorney's fees associated with the arbitration." (Doc. #8 at 2).  Therefore, the parties ask that "all of Plaintiff [Harvey Simpson, Jr.]'s claims against [Defendant] Wells Fargo Bank, N.A. be submitted to final, binding arbitration, that this action be stayed pending the conclusion of the arbitration proceedings, and that pending the conclusion of the arbitration, the docket for these proceedings be administrative [sic] closed until either of the parties move to reopen the case for good

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

cause shown." (Doc. #8 at 3). For good cause shown, the Court will grant the requested relief.

Accordingly, it is now

**ORDERED:**

1. The parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit, and Administratively Close Docket (Doc. #8) is **GRANTED**.

2. All of the claims asserted in this action shall be arbitrated with the American Arbitration Association, as agreed to by the parties.

3. While arbitration is ongoing, the Clerk is **directed** to place a stay flag on and administratively close this action.

4. The parties are **directed** to provide the Court with a status update **on or before March 14, 2016**, and every sixty days thereafter.

**DONE** and **ORDERED** in Fort Myers, Florida, this 14th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record