UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HARVEY SIMPSON JR.,

  PLAINTIFF,

CASE NO.:  2:15-cv-720-FtM-99MRM

-vs-

WELLS FARGO BANK, N.A.,

  DEFENDANT.
_____/

## NOTICE OF SETTLEMENT PENDING

Plaintiff, Harvey Simpson, Jr., by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Wells Fargo Bank, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 16th day of September 2016.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 223-5402
Florida Bar #: 0338620
Primary Email: TGomez@ForThePeople.com
Secondary Email: LDobbins@ForThePeople.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar #:  0338620